IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE No. CIV-12-117-JHP |
| ) | |
| JACKY W. CRAVINS, ) | |
|     Defendant. ) | |

### ORDER DISMISSING CASE

The Court, having been informed that the defendant has complied with the Court's order herein, hereby orders that this case is dismissed.

So ORDERED by the Court this 11th day of June, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma